IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 cv 03053-AP

BARBARA CARRITHERS,

Plaintiff,

v.

MICHAEL ASTRUE,

Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel<br>3000 Pearl Street, Suite 105<br>Boulder, CO  80301<br>tel:  303 449 6503<br>fax:  720 214 1836 | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>303-454-0184<br>Kevin.traskos@usdoj.gov<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>William.Pharo@usdoj.gov<br><br>STEPHANIE KILEY<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>Telephone: 303-844-0815<br>Facsimile: 303-844-0770<br>Stephanie.kiley@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION
The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed:                                    December 15, 2010
B. Date Complaint Was Served on U.S. Attorney's Office:         December 17, 2010
C. Date Answer and Administrative Record Were Filed:            February 15, 2011

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff:  The record is complete at this time.

Defendant:  To the best of her knowledge, counsel for Defendant states that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff:  Evidence of the Appeals Council's extension of time will be filed.

Defendant:  To the best of her knowledge, counsel for Defendant states that the administrative record is complete and accurate.  Thus, additional evidence is not relevant to the issues in this case.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff:  no unusual claims are presented for judicial review.

Defendant:  To the best of her knowledge, counsel for Defendant states that this case does not raise unusual claims or defenses.

7. OTHER MATTERS

Plaintiff:  Ms. Carrithers has proposed early remand on grounds the ALJ decision contains error on the face of the document.

Defendant:  In response to Plaintiff's request for early remand, counsel for Defendant has raised Plaintiff's concerns with her client, Defendant.

8. BRIEFING SCHEDULE

A. Plaintiff's Opening Brief Due:            March 7, 2011
B. Defendant's Response Brief Due:           April 7, 2011
C. Plaintiff's Reply Brief (If Any) Due:     April 22, 2011

9. STATEMENTS REGARDING ORAL ARGUMENT

Plaintiff:  Oral Argument is not requested.

Defendant's Statement: Counsel for Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

In accordance with D.C.COLO.LCivR 72.2. no magistrate is requested

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. ( x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

Plaintiff:  Ms. Carrithers has requested an early remand of Defendant, but Defendant chose to file his Answer instead.

Defendant:  As noted in response to paragraph 7, above, in response to Plaintiff's request for early remand, counsel for Defendant raised Plaintiff's concerns with her client, Defendant.  At the time the answer was due, Defendant had not agreed to remand this case.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

Amendments are made only on a showing of good cause.

DATED this 7th day of March, 2011.

                                        BY THE COURT:


                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:
s/Chris R. Noel
Chris R. Noel
3000 Pearl Street, Suite 105
Boulder, CO  80301
tel:  303 449 6503
fax:  720 214 1836

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
Kevin.traskos@usdoj.gov

WILLIAM G. PHARO
Assistant United States Attorney
William.Pharo@usdoj.gov

/s/ Stephanie Lynn F. Kiley
STEPHANIE KILEY
Special Assistant United States Attorney
1001 Seventeenth Street
Denver, Colorado 80202
Telephone: 303-844-0815
Facsimile: 303-844-0770
Stephanie.kiley@ssa.gov