IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-03053-CMA

BARBARA CARRITHERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND TO SOCIAL SECURITY ADMINISTRATION

This matter is before the Court on the Mandate of the United States Court of Appeals (Doc. # 42-1), issued February 13, 2012. It is hereby

ORDERED that this case is REMANDED to the Social Security Administration for further administrative proceedings, consistent with the Commissioner's Motion filed with the 10th Circuit Court of Appeals and pursuant to 42 U.S.C. § 405(g).

DATED: February   16  , 2012

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge