IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-03053-CMA

BARBARA CARRITHERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING AWARD OF FEES UNDER EAJA

The Stipulated [Motion for] Award of Fees Under the Equal Access to Justice Act (Doc. # 44), filed February 27, 2012, is GRANTED. In consideration thereof, it is

ORDERED that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of $14,000.00.

DATED: March  02 , 2012

                              BY THE COURT:

                              *[signature]*

                              CHRISTINE M. ARGUELLO
                              United States District Judge